# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 1:15-CR-182 |
| Plaintiff, ) | |
| v. ) | JUDGE SOLOMON J. OLIVER, JR. |
| ) | **NOTICE OF LIMITED APPEARANCE** |
| JAMES LEROY SALLEE, SR., ) | |
| Defendant. ) | |

Now comes undersigned counsel and hereby enters his appearance as counsel for the limited purpose of petitioning the court for a in camera review.  Please direct all pleadings, notices and correspondence to the undersigned at the address listed below.

Respectfully submitted,

DICAUDO, PITCHFORD & YODER, LLC

_/s/ J. Reid Yoder_
J. Reid Yoder (0076587)
209 South Main Street, Third Floor
Akron, Ohio 44308
Telephone: 330.762.7477
Facsimile: 330.762.8059
ryoder@dpylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2019, a copy of the forgoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

_/s/J. Reid Yoder_
J. Reid Yoder (0076587)