# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:15CR182 |
| Plaintiff, | : | |
| | : | JUDGE SOLOMON OLIVER, JR. |
| vs. | : | |
| JAMES LEROY SALLEE, SR., | : | **DEFENDANT'S MOTION** |
| | : | **TO CONTINUE** |
| Defendant. | : | |

Defendant, through counsel, respectfully moves this Honorable Court for a continuance of the telephone conference call presently scheduled for May 28, 2020. Defense counsel had a personal matter arise and is unavailable to attend the telephone conference.

For these reasons, Mr. Sallee requests that the Court grant this motion.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/Darin Thompson*
DARIN THOMPSON
Assistant Federal Public Defender
Ohio Bar: 0067093
Office of the Federal Public Defender
1660 West Second Street, Suite 750
Cleveland, OH 44113
(216)522-4856   Fax:(216)522-4321
E-mail: darin_thompson@fd.org